**Order entered June 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01267-CV

### JASON EDWARDS AND TIFFANY EDWARDS, Appellants

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS SUCCESSORS AND/OR ASSIGNS, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04067-C**

## ORDER

The reporter's record in this case is overdue. By letter dated April 2, 2018, we informed appellants the court reporter notified us that the reporter's record had not been filed because appellants had not (1) requested the record; or (2) paid for or made arrangements to pay for the record. We directed appellants to provide the Court with written verification showing the reporter's record had been requested and that appellants had paid for or made arrangements to pay for the record or had been found entitled to proceed without payment of costs. We cautioned appellants that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record. On May 22, 2018, appellants provided this Court with their letter requesting preparation of the reporter's record.

Therefore, we **ORDER** Janet Wright, Official Court Reporter for County Court at Law No. 3, to file, within **FIFTEEN DAYS** of the date of this order either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the record. *We notify appellant that if we receive verification he has not paid for or made arrangements to pay for the reporter's record, we may order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Sally Montgomery
Presiding Judge
County Court at Law No. 3

Janet Wright
Official Court Reporter
Count Court at Law No. 3

All parties

/s/     CAROLYN WRIGHT
CHIEF JUSTICE